# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PIPELINE PRODUCTIONS, INC., <br> BACKWOOD ENTERPRISES, LLC, <br> OK PRODUCTIONS, INC., and <br> BRETT MOSIMAN, <br><br> Plaintiffs, <br><br> v. <br><br> THE MADISON COMPANIES, LLC, <br> HORSEPOWER ENTERTAINMENT, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 15-4890-KHV <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING LEAVE TO FILE
## ANSWER TO COUNTERCLAIMS OUT OF TIME

Having considered Plaintiffs' Motion for Leave to File their Answer to Defendants' Counterclaims Out of Time filed on December 10, 2017 (Doc. 76), as well as Plaintiffs' Notice of Additional Meet and Confer filed on December 18, 2017, and for good cause shown, the Court finds that Plaintiffs' failure to timely file their answer was due to excusable neglect, sustains Plaintiffs' Motion, and orders that Plaintiffs file their answer to Defendants' counterclaims within three (3) days.

Dated this 18th day of December , 2017.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge
