## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| PIPELINE PRODUCTIONS, INC., | ) | |
| BACKWOOD ENTERPRISES, LLC, | ) | |
| OK PRODUCTIONS, INC., and | ) | |
| BRETT MOSIMAN, | ) | |
| | ) | Case No. 5:15-cv-04890-KHV-KGS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE MADISON COMPANIES, LLC, and | ) | |
| HORSEPOWER ENTERTAINMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' NOTICE OF DEPOSITION OF BRYAN GORDON

TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Bryan Gordon before a court reporter authorized by law to administer oaths, at 9:00 a.m. on May 7, 2018, at 14426 E. Evans Ave, Aurora, CO 80014, or such other place as agreed to by the parties, and continue from day to day until completed. The deposition shall be recorded by stenographic means by Alaris Litigation Services, 1608 Locust Street, Kansas City, MO 64108.

Dated:        April 30, 2018                    Respectfully submitted,

| | |
|---|---|
| | **MCINNES LAW LLC** |
| | By:  /s/ Jack McInnes |
| | Jack McInnes (KS #21898) |
| | Joann Woltman (KS #23603) |
| | 3500 West 75th Street, Suite 200 |
| | Prairie Village, Kansas  66208 |
| | Telephone: (913) 220-2488 |
| | Facsimile: (913) 273-1671 |

| | jack@mcinnes-law.com |
| | joann@mcinnes-law.com |
| | |
| | **ATTORNEYS FOR PLAINTIFFS** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of April 2018, a true and correct copy of the foregoing document was filed with the Clerk of Court via CM/ECF and served on counsel for Defendants through the Notice of Electronic Filing.

By: _/s/ Jack McInnes_