IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| PIPELINE PRODUCTIONS, INC., <br> BACKWOOD ENTERPRISES, LLC, <br> OK PRODUCTIONS, INC., and <br> BRETT MOSIMAN, <br><br> Plaintiffs, <br><br> v. <br><br> THE MADISON COMPANIES, LLC, and <br> HORSEPOWER ENTERTAINMENT, LLC, <br><br> Defendants. | Case No. 5:15-cv-04890-KHV-KGS |

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that they served their Disclosure of Expert Witnesses yesterday, the 19th day of September, 2018, via electronic mail to counsel for Defendants.

Respectfully submitted,

**MCINNES LAW LLC**

*/s/ Jack McInnes*
Jack McInnes (KS #21898)
Joel Cochran (KS #28015)
3500 West 75th Street, Suite 200
Prairie Village, Kansas 66208
Telephone: (913) 220-2488
Facsimile: (913) 273-1671
jack@mcinnes-law.com
joel@mcinnes-law.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September 2018, a true and correct copy of the foregoing document was filed through the Court's ECF system and served on counsel for Defendants via email.

By: */s/ Jack McInnes*

2