**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

PIPELINE PRODUCTIONS, INC.,
BACKWOOD ENTERPRISES, LLC,
OK PRODUCTIONS, INC., and
BRETT MOSIMAN,

      Plaintiffs/Counterclaim Defendants,

v.                                            Case No. 5:15-cv-04890-KHV-KGS

THE MADISON COMPANIES, LLC, and
HORSEPOWER ENTERTAINMENT, LLC,

Defendants/Counterclaim Plaintiffs.

**HORSEPOWER'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(A)(1)**

      Defendants/Counterclaim Plaintiffs The Madison Companies, LLC and Horsepower Entertainment, LLC (collectively "Horsepower"), through undersigned counsel, hereby submit these initial disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1). Horsepower makes these initial disclosures based upon information currently available to them, and reserve the right to alter, amend or supplement these initial disclosures, if necessary, at a subsequent time.

**I.  INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

      In accordance with Federal Rule of Civil Procedure 26(a)(1)(A)(i), the following list sets forth the name and, if known, the address and telephone number of each individual that Horsepower presently has reason to believe is likely to have discoverable information that Horsepower may use to support its defenses, claims, and/or counterclaims except those who would pertain solely to impeachment.

**EXHIBIT D**

| 1. | Bryan E. Gordon[1]<br><br>c/o undersigned counsel | Mr. Gordon is the Chairman and CEO of The Madison Companies, LLC and was during the time period at issue. Mr. Gordon may have discoverable non-privileged information relevant to Horsepower's defenses, claims, counterclaims, and damages, including discoverable non-privileged information relevant to Horsepower and Pipeline's[2] business dealings and history; Horsepower's negotiations regarding a potential business relationship concerning the ownership, operation and/or promotion of Pipeline's Thunder on the Mountain Music Festival that never culminated ("Proposed Thunder on the Mountain Transaction") and the loan that the parties did agree to ("Completed Loan Transaction"); this action; and certain documents and related exhibits that are relevant to this action. |
|---|---|---|
| 2. | Robert Y. Walker<br><br>c/o undersigned counsel | Mr. Walker is the Chief Operating and Financial Officer of The Madison Companies, LLC and was during the time period at issue. Mr. Walker may have discoverable non-privileged information relevant to Horsepower's defenses, claims counterclaims, and damages, including discoverable non-privileged information relevant to Horsepower and Pipeline's business dealings and history; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; this action; and certain documents and related exhibits that are relevant to this action. |
| 3. | Gary Burghart<br><br>c/o undersigned counsel | Mr. Burghart was the Chief Legal Officer of The Madison Companies, LLC during the time period at issue. Mr. Burghart may have discoverable non-privileged information relevant to Horsepower's defenses, claims, counterclaims, and damages including |

---

[1] In its October 11, 2017 Memorandum and Order, the Court dismissed all claims against Bryan Gordon with prejudice. (Doc. # 64) Therefore, Mr. Gordon is no longer a party to this litigation.
[2] Throughout these initial disclosures, "Pipeline" is used to refer collectively to Plaintiffs and Counterclaim Defendants Pipeline Productions, Inc., Backwood Enterprises, LLC, OK Productions, Inc., and Brett Mosiman and their agents, affiliates and/or related entities.

| | | |
|---|---|---|
| | | discoverable non-privileged information relevant to Horsepower and Pipeline's business dealings, history, negotiations and diligence concerning Thunder on the Mountain Festival, this action, and certain documents and related exhibits that are relevant to this action, including but not limited to his communications with Pipeline's counsel regarding the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction. |
| 4. | Nathan Prenger<br><br>c/o counsel<br><br>SHAFFER LOMBARDO SHURIN PC<br>James D. Myers<br>2001 Wyandotte<br>Kansas City, MO 64108<br>jmyers@sls-law.com<br>816-931-0500<br>816-931-5775 (fax) | On information and belief, Nathan Prenger is an owner of the entity Plaintiffs and affiliated and/or related entities. Mr. Prenger may have discoverable non-privileged information relevant to Horsepower's defenses, claims, counterclaims, and damages, including discoverable non-privileged information relevant to Horsepower and Pipeline's business dealings and history; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; this action; and certain documents and related exhibits that are relevant to this action. Mr. Prenger may also have discoverable non-privileged information relevant to Pipeline's operations and financial performance, and details regarding all music festivals and related businesses that Pipeline, their affiliates, agents and/or related entities owned, operated, and/or promoted, including the Thunder on the Mountain Festival. Mr. Prenger also has information concerning Pipeline's organization, operation, promotion, and unilateral cancellation of the Thunder on the Mountain Festival and revenue to Pipeline from ticket and pass sales for Thunder on the Mountain, and Count IV of Pipeline's Amended Complaint for Tortious Interference. |
| 5. | Brett Mosiman<br><br>c/o counsel<br><br>Jack D. McInnes<br>4300 Shawnee Mission Parkway, Ste. 100<br>Fairway, Kansas 66205 | Mr. Mosiman is a principal and owner of Pipeline Productions, Inc. and its affiliated companies and/or related entities. Mr. Mosiman may have discoverable non-privileged information relevant to Pipeline's operations and financial performance of the Pipeline, and details regarding all music festivals and related |

3

|    |                                                                                                                                  |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|----|----------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | Telephone: (913) 220-2488<br>Facsimile: (913) 273-1671<br>jack@mcinnes-law.com                                                   | businesses that Pipeline, their affiliates, agents and/or related entities owned, operated, and/or promoted, including Thunder on the Mountain Festival. Mr. Mosiman also has information concerning Pipeline's organization, operation, promotion, and unilateral cancellation of Thunder on the Mountain Festival and revenue to Pipeline from ticket and pass sales for Thunder on the Mountain. Mr. Mosiman may also have discoverable non-privileged information relevant to Horsepower and Pipeline's business dealings and history; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; this action; and certain documents and related exhibits that are relevant to this action. |
| 6. | John E. Murdock III<br><br>Bradley Arant Boult Cummings LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>(615) 252.2359 | Mr. Murdock and his firm Bradley Arant Boult Cummings LLP were legal counsel for Horsepower regarding its possible business relationship with Pipeline during the time period at issue. Mr. Murdock may have discoverable non-privileged information relevant to Horsepower's defenses, claims, and counterclaims, including discoverable non-privileged information relevant to Horsepower and Pipeline's business dealings, history, negotiations and diligence concerning Thunder on the Mountain Festival, this action, and certain documents and related exhibits that are relevant to this action, including but not limited to his communications with Pipeline's counsel regarding the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction. |
| 7. | Andrew Kelley<br><br>c/o counsel                                                                                                 | Mr. Kelley was a Vice President and General Counsel at The Madison Companies, LLC. Mr. Kelley may have discoverable non-privileged information relevant to Horsepower's defenses, claims and counterclaims, including discoverable non-privileged information relevant to Horsepower and Pipeline's business dealings, history, negotiations and diligence concerning Thunder on the Mountain Festival, this action, and certain documents and related |

|   |   |   |
|---|---|---|
|   |   | exhibits that are relevant to this action, including but not limited to his communications with Pipeline's counsel regarding the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction. |
| 8. | Matthew S. Gough<br><br>BARBER EMERSON, L.C.<br>1211 Massachusetts Street<br>P.O. Box 667<br>Lawrence, Kansas 66044<br>(785) 843-6600 | Mr. Gough was legal counsel for Pipeline Productions, Inc., Mr. Mosiman, Mr. Prenger, their affiliated companies and related entities during the time period at issue. Mr. Gough may have discoverable non-privileged information relevant to Horsepower and Pipeline's business dealings, history, negotiations and diligence concerning Thunder on the Mountain Festival, this action, and certain documents and related exhibits that are relevant to this action, including but not limited to his communications with Horsepower's counsel regarding the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction. |
| 9. | Employees and/or executives of Front Gate Ticketing Solutions, LLC ("Front Gate"). | Front Gate licensed software and technology to Pipeline for use in selling tickets and passes for the 2015 Thunder on the Mountain Festival online. On information and belief, Front Gate also assisted with promotion of the 2015 Thunder on the Mountain Festival. Front Gate may have discoverable non-privileged information relevant to Horsepower's defenses, claims, and counterclaims, including but not limited to the terms and conditions regarding the purchase of tickets and passes to the Thunder on the Mountain Festival; Pipeline's organization, promotion, operation and unilateral cancellation of Thunder on the Mountain Festival; revenue and refunds to Pipeline from ticket, pass and vendor booth sales for Thunder on the Mountain; Pipeline's operations and financial performance; and details regarding all music festivals and/or related businesses that Pipeline, their affiliates, agents and/or related entities owned and/or operated, including the Thunder on the Mountain Festival. |

5

| 10. | Bentley Hodges<br><br>303-330-4171 (address unknown) | Mr. Hodges was at The Madison Companies, LLC during the relevant time period. His duties included, but were not limited to conducting due diligence, analyzing/evaluating financial, marketing and operational data, and assessing risks and returns. Mr. Hodges may have discoverable non-privileged information relevant to Horsepower's defenses, claims, counterclaims, and damages, including discoverable non-privileged information relevant to Horsepower and Pipeline's business dealings and history; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; this action; and certain documents and related exhibits that are relevant to this action. |
|---|---|---|
| 11. | Employees and Principals of Roark & Associates, Inc., including, but not limited to, Mike Roark and Colleen Hodge<br><br>3504 Westridge Dr, Lawrence, KS 66049<br>(785) 842-3431 | Roark & Associates, Inc. was Pipeline's outside accountant for the time period at issue. Roark & Associates, Inc. may have discoverable non-privileged information relevant to Pipeline's operations and financial performance, and details regarding all music festivals and/or other businesses that Pipeline, their affiliates, agents and/or related entities owned, operated and/or promoted, including Thunder on the Mountain Festival. Roark & Associates may also have information concerning Horsepower and Pipeline's business dealings and history; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; Pipeline's organization, promotion, and unilateral cancellation of Thunder on the Mountain Festival; revenue to Pipeline from ticket and pass sales for Thunder on the Mountain; and certain documents and related exhibits that are relevant to this action. |
| 12. | Current and former employees and principals of TSYS Merchant Solutions, LLC<br><br>c/o counsel<br><br>Cory J. Rooney<br>PO Box 382 | TSYS Merchant Solutions was a credit card payment processor for at least one of the Pipeline-related companies during the time period at issue. TSYS Merchant Solutions may have discoverable non-privileged information relevant to Horsepower's defenses, claims, and counterclaims, including but not limited to Pipeline's organization, promotion, and |

6

| | | |
|---|---|---|
| | Omaha, NE 68101<br>402-933-9865 | unilateral cancellation of Thunder on the Mountain Festival, revenue for ticket, pass, and vendor booth sales, Pipeline's operations and financial performance, and details regarding all music festivals and/or other businesses that Pipeline, their affiliates, agents and/or related entities owned and/or operated, including Thunder on the Mountain Festival. |
| 13. | Seth M. Wolkov<br><br>c/o undersigned counsel | Mr. Wolkov is the President of The Madison Companies, LLC and was during the time period at issue. Mr. Wolkov may have discoverable non-privileged information relevant to Horsepower's defenses, claims, counterclaims, and damages, including discoverable non-privileged information relevant to Horsepower and Pipeline's business dealings and history; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; this action; and certain documents and related exhibits that are relevant to this action. |
| 14. | Taylor Gustafson<br><br>c/o undersigned counsel | Ms. Gustafson was an employee of Plaintiffs during the time period at issue and is currently an employee of The Madison Companies, LLC. Ms. Gustafson may have discoverable non-privileged information relevant to Horsepower's defenses, counterclaims, and damages, including but not limited to non-privileged information relevant to Pipeline's organization, promotion, and unilateral cancellation of Thunder on the Mountain Festival, revenue for ticket, pass and vendor booth sales, Pipeline's operations and financial performance, details regarding all music festivals and/or other businesses that Pipeline, their affiliates, agents and/or related entities owned and/or operated, including Thunder on the Mountain Festival, Horsepower and Pipeline's business dealings and history, and Count IV of Pipeline's Amended Complaint for Tortious Interference. |
| 15. | Michael Edmondson<br><br>address and telephone number unknown | On information and belief, Mr. Edmondson is or has been a business partner of Pipeline. Mr. Edmondson may have discoverable non-privileged information relevant to Horsepower's defenses and counterclaims, including but not |

7

| | | |
|---|---|---|
| | | limited to Horsepower and Pipeline's business dealings and history; Pipeline's operations and financial performance; details regarding all music festivals and/or other businesses that Pipeline, their affiliates, agents and/or related entities owned and/or operated, including Thunder on the Mountain Festival; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; revenue to Pipeline from ticket, pass and vendor booth sales for Thunder on the Mountain; and certain documents and related exhibits that are relevant to this action. |
| 16. | Stretch Rumaner<br><br>P.O. Box 414444<br>Kansas City, MO 64141<br>(816) 471-3618 | On information and belief, Mr. Rumaner is or has been a business partner of Pipeline. Mr. Rumaner may have discoverable non-privileged information relevant to Horsepower's defenses and counterclaims, including but not limited to Horsepower and Pipeline's business dealings and history; Pipeline's operations and financial performance; details regarding all music festivals and/or other businesses that Pipeline, their affiliates, agents and/or related entities owned and/or operated, including Thunder on the Mountain Festival; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; revenue to Pipeline from ticket, pass and vendor booth sales for Thunder on the Mountain; and certain documents and related exhibits that are relevant to this action. |
| 17. | A corporate representative of CrossroadsKC<br><br>417 E 18TH ST<br>Kansas City, MO 64108<br>785-749-3434 | On information and belief, Mr. Mosiman owns an interest in CrossroadsKC. Representatives of CrossroadsKC may have discoverable non-privileged information relevant to Horsepower's defenses and counterclaims, including but not limited to Horsepower and Pipeline's business dealings and history; Pipeline's operations and financial performance; details regarding all music festivals and/or other businesses that Pipeline, their affiliates, agents and/or related entities owned and/or operated, including Thunder on the Mountain Festival; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; revenue to |

|     |     |     |
| --- | --- | --- |
|     |     | Pipeline from ticket and pass sales for Thunder on the Mountain; and certain documents and related exhibits that are relevant to this action. |
| 18. | Current and former employees of Intrust Bank<br><br>c/o counsel<br><br>Mollie Harmon<br>BRYAN CAVE LLP<br>One Kansas City Place, 1200 Main Street<br>Suite 3800<br>Kansas City, MO 64105-2122<br>816-374-3236<br>mollie.harmon@bryancave.com | On information and belief, Pipeline had financial accounts with Intrust during the time period at issue. Intrust may have discoverable non-privileged information relevant to Horsepower's defenses, claims, and counterclaims, including discoverable non-privileged information relevant to Pipeline's operations and financial performance and revenue to Pipeline from ticket, pass, and vendor booth sales for Thunder on the Mountain. |
| 19. | Current and former employees of Central Bank of the Midwest ("CBM") (f/k/a Douglas County Bank of Lawrence, Kansas)<br><br>609 North 291 Highway<br>Lee's Summit, MO 64086<br>816-525-5300 | On information and belief, Pipeline had financial accounts with CBM during the time period at issue and revenue from ticket and pass sales for the 2015 Thunder on the Mountain Festival flowed through these accounts. CBM may have discoverable non-privileged information relevant to Horsepower's defenses, claims, and counterclaims, including discoverable non-privileged information relevant to Pipeline's operations and financial performance and revenue to Pipeline from ticket, pass, and vendor booth sales for Thunder on the Mountain. |
| 20. | Current and former employees of Pipeline, including, but not limited to, Brittin Clark and Nancy Holmes<br><br>c/o counsel<br><br>Jack D. McInnes<br>4300 Shawnee Mission Parkway, Ste. 100<br>Fairway, Kansas 66205<br>Telephone: (913) 220-2488<br>Facsimile: (913) 273-1671<br>jack@mcinnes-law.com | Such current and former employees of Pipeline may have discoverable non-privileged information relevant to Horsepower's defenses, claims, and counterclaims, including discoverable non-privileged information relevant to Horsepower and Pipeline's business dealings and history; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; this action; and certain documents and related exhibits that are relevant to this action. They may also have discoverable non-privileged information relevant to Pipeline's operations and financial performance, details regarding all music festivals and/or other businesses that Pipeline, their affiliates, agents |

9

| | | |
|---|---|---|
| | | and/or related entities owned, operated, and/or promoted, including the Thunder on the Mountain Festival, and revenue to Pipeline from ticket, pass, and vendor booth sales for Thunder on the Mountain. |
| 21. | Brian Pilsl<br><br>c/o counsel<br><br>Daniel W. Anderson, Esq.<br>13577 Feather Sound Dr., Suite 500<br>Clearwater, FL 33762<br>Telephone: (727) 329-1999<br>danderson@floridalawpartners.com | Mr. Pilsl was a principal of Sprocket Marketing during the time period at issue and was involved in the promotion of the 2015 Thunder on the Mountain Festival. Mr. Pilsl may have discoverable non-privileged information relevant to Horsepower's defenses and counterclaims, including but not limited to non-privileged information relevant to Pipeline's organization, promotion, and unilateral cancellation of Thunder on the Mountain Festival, revenue for ticket, pass, and vendor booth sales, Pipeline's operations and financial performance, details regarding all music festivals and other businesses that Pipeline, their affiliates, agents and/or related entities owned and/or operated, including Thunder on the Mountain Festival, Horsepower and Pipeline's business dealings and history, and Count IV of Pipeline's Amended Complaint for Tortious Interference. |
| 22. | Brian Wingerd<br><br>c/o counsel<br><br>Terrence J. Campbell<br>1211 Massachusetts Street<br>P.O. Box 667<br>Lawrence, Kansas 66044<br>Tele: (785) 843-6600<br>Fax: (785) 843-8405<br>tcampbell@barberemerson.com | Mr. Wingerd was a principal of Sprocket Marketing during the time period at issue and was involved in the promotion of the 2015 Thunder on the Mountain Festival. Mr. Wingerd may have discoverable non-privileged information relevant to Horsepower's defenses and counterclaims, including but not limited to non-privileged information relevant to Pipeline's organization, promotion, and unilateral cancellation of Thunder on the Mountain Festival, revenue for ticket, pass, and vendor booth sales, Pipeline's operations and financial performance, details regarding all music festivals and other businesses that Pipeline, their affiliates, agents and/or related entities owned and/or operated, including Thunder on the Mountain Festival, Horsepower and Pipeline's business dealings and history, and Count IV of Pipeline's Amended Complaint |

|     |     |     |
| --- | --- | --- |
|     |     | for Tortious Interference. |
| 23. | Corporate representatives of the Phases of the Moon Music & Art Festival<br><br>address and telephone number unknown | On information and belief, Phases of the Moon was another music festival in which Pipeline owned an interest and/or organized and promoted and that was cancelled in 2015. Corporate representatives of the Phases of the Moon may have discoverable non-privileged information relevant to Horsepower's defenses and counterclaims, including but not limited to Pipeline's operations and financial performance and details regarding all music festivals and other businesses that Pipeline, their affiliates, agents and/or related entities owned and/or operated, including Thunder on the Mountain Festival. |
| 24. | Sam Shear<br><br>address and telephone number unknown | Mr. Shear was an organizer and/or co-owner of the Phases of the Moon festival. Mr. Shear may have discoverable non-privileged information relevant to Horsepower's defenses and counterclaims, including but not limited to Pipeline's operations and financial performance and details regarding all music festivals and other businesses that Pipeline, their affiliates, agents and/or related entities owned and/or operated, including Thunder on the Mountain Festival. |
| 25. | Barry Shear<br><br>address and telephone number unknown | Mr. Shear was an organizer and/or co-owner of the Phases of the Moon festival. Mr. Shear may have discoverable non-privileged information relevant to Horsepower's defenses and counterclaims, including but not limited to Pipeline's operations and financial performance and details regarding all music festivals and other businesses that Pipeline, their affiliates, agents and/or related entities owned and/or operated, including Thunder on the Mountain Festival. |
| 26. | Current and former employees of Creative Artist Agencies ("CAA"), including, but not limited to, Elisa Vazzana Boehmke, Jeff Frasco, Matthew Morgan, and Katie Anderson | CAA was the talent agency for certain artists scheduled to perform at the 2015 Thunder on the Mountain Festival, including Carrie Underwood and the Zac Brown Band. CAA may have discoverable non-privileged information |

|  | | |
|---|---|---|
|  | 401 Commerce Street, Penthouse<br>Nashville, TN 37219<br>615-383-8787 | relevant to Horsepower's defenses and counterclaims, including but not limited to Horsepower and Pipeline's business dealings and history; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; Pipeline's organization, operation, promotion, and unilateral cancellation of Thunder on the Mountain Festival; revenue to Pipeline from ticket, pass, and vendor booth sales for Thunder on the Mountain; and certain documents and related exhibits that are relevant to this action, such as contracts between Pipeline and its affiliated and/or related entities and CAA/music artists for performances at the 2015 Thunder on the Mountain Festival. |
| 27. | Current and former employees of William Morris Endeavor Entertainment, LLC ("WME"), including, but not limited to, Becky Gardenhire and Josh Kurfirst<br><br>600 Division Street, Ste. 300<br>Nashville, TN  37203<br>615-963-3307 | WME was the talent agency for certain artists scheduled to perform at the 2015 Thunder on the Mountain Festival. WME may have discoverable non-privileged information relevant to Horsepower's defenses and counterclaims, including but not limited to Horsepower and Pipeline's business dealings and history; the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction; Pipeline's organization, operation, promotion, and unilateral cancellation of Thunder on the Mountain Festival; revenue to Pipeline from ticket, pass and vendor booth sales for Thunder on the Mountain; and certain documents and related exhibits that are relevant to this action, such as contracts between Pipeline and its affiliated and/or related entities and WME/music artists for performances at the 2015 Thunder on the Mountain Festival. |
| 28. | Tod Coder<br><br>Ticket Biscuit<br>1550 Woods of Riverchase Dr., Suite 330<br>Birmingham, AL 35244<br>205-757-8330 x820 | On information and belief, Mr. Coder was hired by Brett Mosiman to assist in securing musicians to perform at the 2015 Thunder on the Mountain Festival and was a partner in Pipeline Booking, which secured artists for the festival. Mr. Coder may have discoverable non-privileged information relevant to Horsepower's defenses and counterclaims, including but not limited to Horsepower and Pipeline's business dealings and history; the Proposed Thunder on |

12

| | | |
|---|---|---|
| | | the Mountain Transaction and the Completed Loan Transaction; Pipeline's organization, operation, promotion, and unilateral cancellation of Thunder on the Mountain Festival; revenue to Pipeline from ticket, pass and vendor booth sales for Thunder on the Mountain; and certain documents and related exhibits that are relevant to this action, such as contracts between Pipeline and its affiliated and/or related entities and talent agencies/music artists for performances at the 2015 Thunder on the Mountain Festival. |
| 29. | All persons identified in any other party's initial disclosures or documents disclosed pursuant to Fed. R. Civ. P. 26(a)(1), in response to written discovery requests, attached to pleadings, or otherwise contained in documents exchanged in this matter. | |
| 30. | Any expert witnesses to be later determined and disclosed including, but not limited to any person necessary for impeachment, rebuttal, rehabilitation or expert testimony. | |

By disclosing the foregoing individuals, Horsepower does not consent to any discovery or disclosure of information that is privileged or otherwise protected by the Federal Rules of Civil Procedure, Federal Rules of Evidence, or other applicable law.

**II.    DOCUMENTS**

In accordance with Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Horsepower identifies the following categories and locations of documents, electronically stored information, and tangible things in its possession, custody, or control that Horsepower presently has reason to believe it may use to support its claims, counterclaims, and/or defenses, unless the use would be solely for impeachment.

13

1. Discoverable non-privileged draft and final versions of the Letter of Intent executed by the Parties.

2. Discoverable non-privileged draft agreements exchanged between the Parties and their agents and representatives regarding the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction.

3. Discoverable non-privileged email communications between the Parties and their agents and representatives and other diligence materials, including documents and communications, provided in connection with the Proposed Thunder on the Mountain Transaction and the Completed Loan Transaction.

4. Horsepower's internal discoverable non-privileged documents and communications, or those in its possession from due diligence or otherwise, regarding the Proposed Thunder on the Mountain Transaction, the Completed Loan Transaction, and diligence materials provided in connection therewith, including, but not limited to, financial information, projections, asset information for Pipeline and its related and affiliated entities, and contracts between Pipeline and its related and affiliated entities on the one hand and third parties on the other hand related to Pipeline's music festival business.

5. Horsepower's discoverable non-privileged documents and communications with third-parties regarding the Proposed Thunder on the Mountain Transaction, the Completed Loan Transaction, and diligence materials provided in connection therewith.

6. Documents produced by third-parties in connection with the litigation styled *Alexander et al. v. Pipeline Productions, Inc. et al.*, Case No. 1:16-CV-00005-KGB, United States District Court for the Eastern District of Arkansas, including, but not limited to documents

produced by TSYS Merchant Solutions, LLC, Front Gate, Colleen Hodge, Matthew S. Gough, CAA, and WME.

7. Documents produced by Horsepower and the ticket, pass, and vendor booth and purchaser plaintiffs in the *Alexander* action.[3]

8. Documents establishing the monies loaned by Horsepower to Pipeline pursuant to the Completed Loan Transaction and Horsepower's other damages, as articulated in Section III, below.

These documents are located at Horsepower's corporate offices at 5619 DTC Parkway, Suite 800, Greenwood Village, CO 80111 and/or stored electronically within Horsepower's computer system.

## III. COMPUTATION OF DAMAGES

Federal Rule of Civil Procedure 26(a)(1)(A)(iii) requires a computation of each category of damages claimed by the disclosing party. Horsepower currently seeks damages from Pipeline for Pipeline's breach of the Completed Loan Transaction in the amount of $272,000, plus all pre- and post-judgment interest, default interest, and attorneys' and collection fees and costs, under the loan agreement. Horsepower will also seek their attorneys' fees, costs, and expenses incurred in this action, including expert witness fees, and any such other and further relief as the Court deems just and proper. Horsepower will begin producing documents bearing on the nature and extent of its injuries suffered once a Protective Order is entered in this case, but it anticipates locating additional supporting documents through discovery.

---

[3] Although Pipeline Productions, Inc., Backwood Enterprises, LLC, and Brett Mosiman are named as defendants in the *Alexander* action, they have not responded to the complaint in that action, and therefore, a clerk's default has been entered against them. They also have not produced any discovery in that action.

**IV.     INSURANCE AGREEMENTS**

Horsepower will make available for inspection and copying an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Horsepower expressly reserves the right to supplement, alter, or amend this disclosure statement pursuant to Federal Rule of Civil Procedure 26(e), as additional evidence becomes available or is made known to Horsepower.

Dated: December 4, 2017.

    Respectfully submitted this 4th day of December 2017

    BROWNSTEIN HYATT FARBER SCHRECK, LLP
    By: s/ Richard B. Benenson
    Richard B. Benenson
    410 Seventeenth Street
    Suite 2200
    Denver, Colorado 80202
    Phone: 303.223.1100
    Fax: 303.223.1111
    Email: rbenenson@bhfs.com

    *Attorneys for Defendants The Madison Companies, LLC, and Horsepower Entertainment, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of December 2017, a true and correct copy of the foregoing **HORSEPOWER'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)** was served via Email upon the following:

Jack D. McInnes
4300 Shawnee Mission Parkway, Ste. 100
Fairway, Kansas 66205
Telephone: (913) 220-2488
Facsimile: (913) 273-1671
 jack@mcinnes-law.com

 *Attorney for Plaintiffs*

                *s/ Matthew C. Arentsen*